

# THE ATTORNEY GENERAL

# OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

April 27, 1949

Hon. Pearce Johnson, Chairman
Committee on State Affairs
House of Representatives
51st Legislature
Austin, Texas          Opinion No. V-812

                  Re: Constitutionality of House
                      Bill No.224 quitclaiming a
                      lot in Borger, Texas.

Dear Sir:

       In reply to your request concerning the con-
stitutionality of the above bill, you are advised that
the only constitutional provision which the bill may
violate is Article III, Section 55, which provides as
follows:

       "The Legislature shall have no power
       to release or extinguish, or to authorize
       the releasing or extinguishing, in whole
       or in part, the indebtedness, liability or
       obligation of any corporation or individual,
       to this State or to any county or defined
       subdivision thereof, or other municipal
       corporation therein, except delinquent taxes
       which have been due for a period of at least
       ten years." (Sec.55,Art. III, adopted elec-
       tion Nov. 8, 1932)

       It would appear from recitations contained in
the bill that no debt is released in violation of this
provision; however, this is a question of fact for your
determination. If in fact no debt owing the State or
its political subdivisions is released, then it is our
opinion that the bill is constitutional.

## SUMMARY

House Bill 224, 51st Legislature, quitclaiming State's interest to a lot in Borger, Texas, acquired under tax judgment and execution, to record owner is constitutional provided no State debt is released in violation of Article III, Section 55 of the Texas Constitution.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By      H. D. Pruett, Jr.
Assistant

HDP:bt

APPROVED

ATTORNEY GENERAL